Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
160 WATER STREET ASSOCIATES, INC.
and G.L.O. MANAGEMENT, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 102 (AKH)

MIECZYSLAW DABROWSKI (AND WIFE, AGATA DABROWSKA,

                Plaintiff(s),

-against-

160 WATER ST., INC., *et al.*,

                Defendant(s).
------------------------------------------------------------X

Index No.: 07-CV-05283

**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

**ELECTRONICALLY FILED**

      PLEASE TAKE NOTICE that Defendants, 160 WATER STREET ASSOCIATES, INC. and G.L.O. MANAGEMENT, INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      WHEREFORE, the Defendants, 160 WATER STREET ASSOCIATES, INC. and G.L.O. MANAGEMENT, INC., demand judgment dismissing the above-captioned action as against

them, together with costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
September 12, 2007

                    Yours etc.,

                    McGIVNEY & KLUGER, P.C.
                    Attorneys for Defendants
                    160 WATER STREET ASSOCIATES, INC. and
                    G.L.O. MANAGEMENT, INC.

                    By: _____
                    Richard E. Leff (RL-2123)
                    80 Broad Street, 23rd Floor
                    New York, New York 10004
                    (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel