Frank A. Scanga, Esq. (FS 1460)
477 Madison Avenue
21st Floor
New York, New York 10022
(212) 758-4040

Attorney for Defendants:
45 Wall St. L.L.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

THIS DOCUMENT ONLY APPLIES TO THOSE
CASES IN THE WORLD TRADE CENTER
LOWER MANHATTAN DISASTER SITE
LITIGATION BEARING DOCKET NUMBER(S)

06-CV-14623 (Dutan)
07-CV-4510 (Rendon)
07-CV-05283 (Dabrowski)

IN WHICH 45 WALL ST. L.L.C.
PARTIES ARE DEFENDANTS

-----------------------------------------------------------------X

21 MC 102(AKH)

FEDERAL CIVIL
RULE 7.1 DISCLOSURE

SIRS:

    Defendants, 45 Wall St. L.L.C., s/h/a 45 WALL STREET LLC, by their attorney, Frank A. Scanga, Esq, is a privately held company. No publicly held corporation owns 10 percent or more of its stock.

Dated: New York, New York
        January 14, 2008

                                      FRANK A. SCANGA, ESQ.
                                      Attorney for Defendants,
                                      45 Wall St. L.L.C.

477 Madison Avenue  
21st Floor  
New York, New York 10022  
(212) 758-4040

By: _____
Frank A. Scanga (FS 1460)