UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION
THIS DOCUMENT APPLIES TO ALL WORLD
TRADE CENTER DISASTER LITIGATION

21 MC 102(AKH)

NOTICE OF APPEARANCE

-----------------------------------------------------------------X

To the Clerk of the Court and all parties of record:

Enter appearance of the undersigned as counsel in this case for defendants, 45 Wall St. L.L.C. s/h/a 45 WALL STREET LLC.

The undersigned certifies that he is admitted to practice in this Court.

Dated: New York, New York
       January 14, 2008

                                          FRANK A. SCANGA, ESQ.
                                          Attorney for Defendants,
                                          45 Wall St. L.L.C.
                                          477 Madison Avenue
                                          21st Floor
                                          New York, New York 10022
                                          (212) 758-4040

By: _____
       Frank A. Scanga (FS 1460)