William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION     21 MC 102 (AKH)

_____X

MIECZYSLAW DABROWSKI (AND WIFE,
AGATA DABROWSKA)

                             **NOTICE OF THE
                             BROOKFIELD
            V.                 PARTIES' ADOPTION OF
                             AMENDED ANSWER
                             TO MASTER
                             COMPLAINT**

160 WATER ST., INC., ET. AL.,
                             CASE NUMBER: (AKH)
                             07 CV 5283

_____X

     PLEASE TAKE NOTICE THAT Defendants BFP Tower C Co. LLC, BFP Tower C MM LLC, and WFP Retail Co. L.P. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Amended Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

     WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
      January **31** 2008

                                        Faust, Goetz, Schenker & Blee, LLP

                                        By: William J. Smith (WJS-9137)
                                        Attorneys for the Brookfield Parties
                                        Two Rector Street, 20th Floor
                                        New York, NY 10006
                                        (212) 363-6900